**714**

■

194 So.2d 860

**Thomas FOY**

**v.**

**STATE.**

**I Div. 429.**

Supreme Court of Alabama.

Feb. 2, 1967.

Matrangas, Hess & Sullivan, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Thomas Foy for certiorari to the Court of Appeals to review and revise the judgment and decision in Foy v. State, 43 Ala.App. 524, 194 So.2d 856.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

■

195 So.2d 807

**Anthony Lofton GREGG**

**v.**

**STATE.**

**7 Div. 761.**

Supreme Court of Alabama.

Feb. 2, 1967.

Rehearing Denied March 9, 1967.

Beck & Beck, Fort Payne, for petitioner.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Anthony Lofton Gregg for certiorari to the Court of Appeals to review and revise the judgment and decision in Gregg v. State, 43 Ala.App. 538, 195 So.2d 803.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

■

193 So.2d 773

**Charles James HOLMAN**

**v.**

**STATE.**

**I Div. 423.**

Supreme Court of Alabama.

Jan. 12, 1967.

Thos. M. Haas, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and Julian S. Pinkston, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Charles James Holman for certiorari to the Court of Appeals to review and revise the judgment and decision in Holman v. State, 43 Ala.App. 509, 193 So.2d 770.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.